# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00454-CV

## In the Interest of T. O. D.

### FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-3055-F480, THE HONORABLE DAWN ELIZABETH BAARDSEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 19, 2025. On October 1, 2025, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by October 13, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed for Want of Prosecution

Filed: November 7, 2025